# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN M. KOHLBEK and<br>MICHAEL PRITCHARD,<br><br>        Plaintiffs,<br><br>vs.<br><br>CITY OF OMAHA, NEBRASKA,<br>A Municipal Corporation,<br><br>        Defendant. | 8:03CV68<br><br>SCHEDULING ORDER |

Upon the filing of the Mandate and Judgment of the Eighth Circuit Court of Appeals,

**IT IS ORDERED** that a planning conference will be held on Monday, **June 19, 2006 at 11:00 a.m.**, in the chambers of the undersigned, for the purpose of reviewing the preparation of the case to date and the scheduling of the case to trial.

**DATED May 31, 2006.**

        **BY THE COURT:**

        s/ F.A. Gossett
        **United States Magistrate Judge**