IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN M. KOHLBEK, et al., )<br>) <br>Plaintiffs, )<br>)<br>vs. )<br>)<br>CITY OF OMAHA, NEBRASKA, )<br>A Municipal Corporation, )<br>)<br>Defendant. ) | Case No. 8:03CV68<br><br>**ORDER** |

THIS MATTER came before the court for a Rule 16 planning conference. John Corrigan and John Fahey represented the plaintiffs and Wendy Hahn represented the defendant. After reviewing the status of the case,

**IT IS ORDERED:**

1. The Rule 16 planning conference is continued to **September 21, 2006 at 11:00 A.M. at 11:00 a.m.,** before the undersigned magistrate judge in his chambers, Suite 2210, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. At least one day in advance, counsel who wish to participate by telephone should so notify opposing counsel, and then chambers, at (402) 661-7340.

Dated this 19th day of June 2006..

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge