# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JOHN M. KOHLBEK, et al.** )<br>)<br>**Plaintiffs,** )<br>)<br>vs. )<br>)<br>**CITY OF OMAHA, NEBRASKA,** )<br>**A Municipal Corporation,** )<br>)<br>**Defendant.** ) | **8:03CV68**<br><br>**SCHEDULING ORDER** |

    **IT IS ORDERED** that a scheduling conference will be held on **Thursday, January 25, 2007 at 10:00 a.m.** in the chambers of the undersigned, for the purpose of reviewing the preparation of the case to date and scheduling the case to trial.

    **DATED January 8, 2007.**

                                    **BY THE COURT:**

                                    **s/ F.A. Gossett**
                                    **United States Magistrate Judge**