```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| JOHN M. KOHLBEK and MICHAEL PRITCHARD, | ) ) ) | |
| Plaintiffs, | ) ) | 8:03CV68 |
| v. | ) ) | |
| CITY OF OMAHA, NEBRASKA, a Municipal Corporation, | ) ) ) | ORDER |
| Defendant. | ) ) | |

IT IS ORDERED,

In accordance with the progression order, filing 140, paragraph 10, and defendants' waiver of jury trial, filing 141, the trial of this case will be to the court sitting without a jury.

DATED this 17th day of April, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge