IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN M. KOHLBEK, and<br>MICHAEL PRITCHARD,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OMAHA, NEBRASKA, a<br>Municipal Corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 8:03CV68<br><br><br>ORDER ON INTERVENTION |

Pursuant to the Court's Order granting its motion to intervene (Filing No. 131), The Omaha Professional Firefighters Association, Local 385, has filed a Complaint in Intervention. (Filing No. 146). There is no objection to the timeliness of the filing, and the Court will permit the filing out of time. Accordingly,

IT IS ORDERED:

The Omaha Professional Firefighters Association, Local 385, shall be included as a plaintiff in this action, and the case caption shall be amended to reflect the change.

DATED this 22nd day of June, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge