IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN M. KOHLBEK, MICHAEL PRITCHARD, and THE OMAHA PROFESSIONAL FIREFIGHTERS ASSOCIATION, LOCAL 385, | ) ) ) ) ) ) | CASE NO. 8:03CV68 |
| Plaintiffs, | ) ) | ORDER OF DISMISSAL |
| v. | ) ) ) | |
| CITY OF OMAHA, NEBRASKA, a Municipal Corporation, | ) ) ) | |
| Defendant. | ) | |

This matter is before the Court on the parties' Joint Motion to Dismiss with Prejudice (Filing No. 147). The Court finds that the joint motion satisfies the requirements of Fed. R. Civ. P. 41(a)(1)(ii). Accordingly,

IT IS ORDERED:

1. The Joint Motion to Dismiss with Prejudice (Filing No. 147) is granted;

2. All claims in this matter, including those stated in the Complaint and the Complaint in Intervention, are dismissed with prejudice; and

3. The parties shall pay their own costs and attorney fees.

DATED this 27th day of June, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge